UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 04CR10380 NMG |
| | ) CRIMINAL NO. |
| v. | ) VIOLATIONS: |
| | ) 18 U.S.C. § 922(g)(1) - |
| ERNEST EDWARDS | ) Felon in Possession of |
| | ) Firearm and Ammunition |

INDICTMENT

COUNT ONE

(18 U.S.C. § 922(g)(1) -
Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about March 29, 2004, at Boston, in the District of Massachusetts,

ERNEST EDWARDS,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Mossberg Shotgun, Model 500A, Serial #K119092, and ammunition, to wit: six shotgun shells.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Jeffrey Auerhahn
Allison D. Burroughs
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk   @ 3:53pm
12/16/04

JS 45 (5/97) - (Revised USAO MA 3/25/02)

04 CR 10380 NMG

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**          **Category No.** II          **Investigating Agency** ATF

**City**    Boston, MA          **Related Case Information:**

**County**  Suffolk             Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____   New Defendant _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Ernest Edwards          Juvenile  ☐ Yes  ☒ No

Alias Name   _____

Address   _____

Birth date: 12/24/81    SS#: 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    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:**   _____         **Address:** _____

**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   Allison D. Burroughs/Jeff Auerhahn          Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:   _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/16/04          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Ernest Edwards

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | Firearms | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

edwardsjs45.wpd - 3/13/02