UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10380-NMG |
| ) | |
| ERNEST EDWARDS, ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT, ARREST WARRANT AND PRIOR MOTIONS TO IMPOUND OR SEAL

Now comes the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court to unseal the indictment, arrest warrant and prior motions to impound or seal filed in the above-captioned matter. In support of its motion, the government states that the defendant has been alerted to the existence of the outstanding warrant and an attorney has advised law enforcement officers that the defendant will surrender himself. Therefore, the public disclosure of these materials will not cause the defendant to flee to avoid arrest and will not jeopardize the safety of law enforcement officers seeking to effectuate that arrest.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeffrey Auerhahn
JEFFREY AUERHAHN
PATRICK M. HAMILTON
Assistant U.S. Attorneys
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Date:   August 23, 2006

*[Handwritten margin note: August 23, 2006. Allowed. Marianne B. Bowler, USMJ]*