# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE U.S. MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: WARDEN, SUFFOLK COUNTY HOUSE OF CORRECTION at NASHUA STREET

YOU ARE COMMANDED to have the body of __Ernest Edwards__, now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, One Courthouse Way, Courtroom No. _25_, on the _7th_ floor, Boston, Massachusetts on __January 24, 2007__ at _10:00 a.m._ for the purpose of: Initial Appearance/Arraignment in the case of: THE UNITED STATES OF AMERICA v. ERNEST EDWARDS, CR Number: 04-10380-NMG.

And you are to retain the body of said __Ernest Edwards__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Ernest Edwards__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this _16_ day of January, 2007.

*Marianne B. Bowler USMJ*
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: *Mare K. Duffy Esq.*
Deputy Clerk

(HABEAS CORPUS(Edwards).wpd - 3/7/2005)