AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED CLERKS OFFICE
2007 FEB -2 P 3:40
U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| ERNEST EDWARDS | |

CASE NUMBER: 04-10380-NMG

To: The United States Marshal
and any Authorized United States Officer

2006 AUG 15 A 11:48
U.S. MARSHAL SERVICE BOS ON MA

YOU ARE HEREBY COMMANDED to arrest ___ERNEST EDWARDS___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

MARIANNE B. BOWLER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Marianne B. Bowler USMJ
Signature of Issuing Officer

August 15, 2006
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| AVF |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER 1/24/07 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.