UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL

CASE NO.  06-10380-NMG

ERNEST EDWARDS
       Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of  1/24/2007  to represent said defendant in this cause until further order of the Court.

                SARAH A. THORNTON
                CLERK OF COURT

        By:   /s/ Marc K. Duffy, Esq.
              Deputy Clerk

(AAppoint FPD (eEdwards).wpd - 3/7/2005)