UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**ERNEST EDWARDS,** )<br>)<br>Defendant. ) | CRIMINAL ACTION NO.<br>04-10380-NMG |

### JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY
### (April 25, 2007 through June 6, 2007)

Now come the parties to the above-captioned matter, by and through the undersigned counsel, and move this Honorable Court for an order of excludable delay for the period from April 25, 2007 through and including June 6, 2007. In support of their motion, the parties set forth the following:

1. On April 25, 2007, the parties appeared before Magistrate Judge Marianne B. Bowler for a further Status Conference. At that time, defense counsel indicated that she had forwarded to her detained client a copy of the discovery provided by the government and that she expected to receive an additional letter from the government concerning the cooperating witness in this matter. Accordingly, defense counsel requested an additional six weeks to review and discuss with the defendant the government's substantial automatic discovery and its anticipated letter.

2. Defense counsel also indicated that the defendant would agree to excluding the intervening period of time for purposes of the Speedy Trial Act and the Court scheduled a further status conference for June 6, 2007 at 2:30 p.m..

3.   The parties submit that the period of time from April 25, 2007 through and including June 6, 2007 constitutes excludable delay for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) insofar as the defendant requires this period of time to review and evaluate the automatic discovery provided by the government; and insofar as the interests of justice in allowing the defendant more time within which to review and evaluate the discovery provided by the government outweigh the best interests of the public and the defendant in a speedy trial.

For all the foregoing reasons, the parties respectfully request that this Honorable Court grant their joint motion and issue an order of excludable delay for the period from April 25, 2007 through June 6, 2007.

                     Respectfully submitted,

| | |
|---|---|
| ANTONIO SANTOS | MICHAEL J. SULLIVAN |
| By His Attorney | UNITED STATES ATTORNEY |
| | |
|    *s/Syrie Fried/* | By:    *s/Patrick Hamilton/* |
| SYRIE FRIED, ESQ. | PATRICK M. HAMILTON |
| Federal Defender's Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue | One Courthouse Way |
| Boston, MA 02110 | Boston, MA 02210 |
| (617) 223-8061 | (617) 748-3251 |

Dated:     April 25, 2007