UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CRIMINAL ACTION NO.** |
| **ERNEST EDWARDS,** ) | **04-10380-NMG** |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY
### (January 24, 2007 through April 25, 2007)

Now come the parties to the above-captioned matter, by and through the undersigned counsel, and move this Honorable Court for an order of excludable delay for the period from January 24, 2007 through and including April 25, 2007. In support of their motion, the parties set forth the following:

1. Defendant Ernest Edwards was arraigned on January 24, 2007.

2. On February 15, 2007, the government provided the defendant with automatic discovery.

3. Pursuant to Local Rule 112.2(A)(2), the twenty-eight (28) days following the defendant's arraignment, from January 24, 2007 through February 21, 2007 constitute excludable delay for purposes of the Speedy Trial Act.

4. On March 14, 2007, the parties appeared before Magistrate Judge Marianne B. Bowler for an Initial Status Conference. At that time, defense counsel indicated that she needed more time to review and possibly to discuss with the defendant the government's substantial automatic discovery and further indicated that she

needed additional time within which to determine whether to seek additional discovery.  Accordingly, defense counsel requested that a further status conference be scheduled 4-5 weeks hence, indicated that the defendant would agree to excluding the intervening period of time for purposes of the Speedy Trial Act and the Court scheduled a further status conference for April 25, 2007 at 2:30 p.m..

5.   The parties submit that the period of time from February 21, 2007 through and including April 25, 2007 constitutes excludable delay for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) insofar as the defendant requires this period of time to review and evaluate the automatic discovery provided by the government; insofar as the defendant requested an extension of the time within which he must submit to the government written requests for additional discovery; and insofar as the interests of justice in allowing the defendant more time within which to review and evaluate the sufficiency of the discovery provided by the government outweigh the best interests of the public and the defendant in a speedy trial.

For all the foregoing reasons, the parties respectfully request that this Honorable Court grant their joint motion and issue an order of excludable delay for the period from February 21,

2007 through April 25, 2007.

                        Respectfully submitted,

| ANTONIO SANTOS | MICHAEL J. SULLIVAN |
| --- | --- |
| By His Attorney | UNITED STATES ATTORNEY |
| *s/Syrie Fried/* | By: *s/Patrick Hamilton/* |
| SYRIE FRIED, ESQ. | PATRICK M. HAMILTON |
| Federal Defender's Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue | One Courthouse Way |
| Boston, MA 02110 | Boston, MA 02210 |
| (617) 223-8061 | (617) 748-3251 |

Dated:    April 25, 2007