AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

United States

V.  **APPEARANCE**

Ernest Edwards

Case Number: 04-10380-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 6, 2007 | /s/ William H. Connolly |
| Date | Signature |
| | William H. Connolly |
| | Print Name                           Bar Number |
| | One Courthouse Way |
| | Address |
| | Boston                    MA |
| | City              State            Zip Code |
| | 617-748-3174       617-748-3965 |
| | Phone Number                        Fax Number |