UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. NO. 04-10380-NMG |
| | ) | |
| | ) | |
| ERNEST EDWARDS | ) | |

### WITHDRAWAL OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and files this Notice of Withdrawal of Appearance in the above-captioned case. During the investigation of this matter, the undersigned represented the United States. Subsequent to the return of the instant indictment, the case was assigned to another Assistant. Therefore, the instant Notice of Withdrawal is being filed.

Respectfully submitted,

For the United States:

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Jeffrey Auerhahn
JEFFREY AUERHAHN
Assistant U.S. Attorney

Dated: June 6, 2007

### CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

 /s/ Jeffrey Auerhahn
Jeffrey Auerhahn
Assistant U.S. Attorney