UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
     v.                     )     CRIM. NO. 04-10380-NMG
                            )
                            )
ERNEST EDWARDS              )

   ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE

     The defendant Ernest Edwards respectfully moves this Court to continue and reset the final status conference in the above-captioned case. The conference is set for September 13, 2007. The defendant requests that this hearing be continued until early November, 2007.

     As grounds for this motion, undersigned counsel states that she has been trying to gather the defendant's old juvenile court and police records for several months. This process has been more difficult than counsel anticipated because state court records have been incomplete, and counsel has had to go to a number of sources to try to unearth relevant records. This process is ongoing. Counsel and the defendant cannot make an ultimate decision on the disposition of this case without complete information on the defendant's past record. Therefore counsel is asking for the final status conference to be continued for six to eight weeks. Undersigned counsel

agrees to the exclusion of the continuance period for purposes of the Speedy Trial Act as excludable delay in the interests of justice. Counsel has conferred with Assistant U.S. Attorney William Connolly regarding this motion and the reasons for it. Counsel represents that Mr. Connolly assents to this motion.

Wherefore, for the above-stated reasons, counsel for Ernest Edwards requests that this motion to continue and reset the final status conference be granted.

Respectfully submitted,

By his attorney,

/s/ Syrie D. Fried
Syrie D. Fried
   B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue
Boston, MA  02110
(617) 223-8061

CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that this motion was filed electronically via this Court's electronic case filing system ("ECF") and will be served electronically on the parties identified in the Notice of Electronic Filing ("NEF") this 13th day of September, 2007.