Ernest Edwards
200 Nashua St
Bos. Ma. 02114

1·2·08

Honorable Nathaniel M. Gorton

1 Court house way
Boston, Ma. 02210
John Joseph Moakley U.S Courthouse

Re: Criminal Docket No. 10380 - NMG

Dear Your Honor:
I Ernest Edwards am writing this letter because I am unsatisfied with the way the courts, and Public Defender Syrie D. Fried has and is handling my case. I have multiple complaints.
One being I've been arraigned since 1·24·07 yet I've only seen my lawyer twice and spoke to her one maybe two times over the phone. I call but never get nothing more then her voice mail, my mother calls and gets the same thing and we never get a response. I'm very easy to get along with yet I'm finding it difficult with the lack of communication with my lawyer for us to get along. I don't believe she has my best intrest in mind. I've spoke to other highly thought of lawyers about my case and what they say

One being I've been arraigned since 1.29.07 yet I've only seen my lawyer twice and spoke to her one maybe two times over the phone. I call but never get nothing more then her voice mail, my mother calls and gets the same thing and we never get a response. I'm very easy to get along with yet I'm finding it difficult with the lack of communication with my lawyer for us to get along. I don't believe she has my best intrest in mind. I've spoke to other highly thought of lawyers about my case and what they say and think about the case totally conflicts with what Mrs. Syrie Fried is telling me. I would like to be brought in to remove counsel as soon as possible. It's been a year of nothing now. I feel my due process, and right to a speedy trial is being violated. I haven't gotten all of my discovery or nothing. So Your Honor could you please

take action on these matters as soon as possible, I'd greatly appreciate it.

Respectfully,
Ernest Edwards

*Ernest Edwards*