Ernest Edwards
200 Nashua St.
Bos Ma. 02114

1·14·08

Hon. Nathaniel M. Gorton
1 Court House Way
Boston, Ma. 02210

Re: Criminal Docket No. 10380-NMG

Dear Your Honor:

I Ernest Edwards am writing you a second letter because new facts have come to my attention. Besides the fact today is 1·14·08 I have Federal court today but of course am not there I got a hold of my Docket sheet which I've placed a copy of in this letter. It has come to my attention that after a year since being arraigned my case is still in front of the Magistrate Judge Marianne B. Bowler. So my case hasn't even reached you yet. A whole year your Honor? We still haven't completed the Status Confrence. which has been set since 3·14·07. I've had 4 diffrent D.A's, and I know this isn't court or trial but there was so many things done wrong through out this case from the initial investagation till now that it's ridiculous. Not to mention I'm innocent. But I know now is not the time to get into these things so I won't. I just wanted to get

cont.

My lawyer removed, a trial date, dismissal or something. Please Your Honor.

Respectfully,
Ernest Edwards
*Ernest Edwards*

Case 1:04-cr-10380-NMG    Document 21    Filed 01/23/2008    Page 2 of 2

MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10380-NMG All Defendants

Case title: USA v. Edwards            Date Filed: 12/16/2004

Assigned to: Judge Nathaniel M. Gorton
Referred to: Magistrate Judge Marianne B. Bowler

**Defendant (1)**

**Ernest Edwards**      represented by **Syrie D. Fried**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                      **Disposition**

18:922(g)(1)UNLAWFUL
TRANSPORT OF FIREARMS, ETC.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                          **Disposition**

None

CM/ECF - USDC Massachusetts - Version ECR 3.1.2 as of 12/15/2007
Case 1:04-cr-10380-NMG   Document 21-2   Filed 01/23/2008   Page 2 of 4
Page 2 of 6

**Plaintiff**

**USA**                            represented by   **Allison D. Burroughs**
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
617-439-2784
Fax: 617-310-9684
Email: aburroughs@nutter.com
*TERMINATED: 08/23/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Auerhahn**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3963
Email: jeffrey.auerhahn@usdoj.gov
*TERMINATED: 06/06/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. Hamilton**
Day Pitney LLP
One International Place
Boston, MA 02210
617-345-4804
Fax: 617-345-4745
Email: phamilton@daypitney.com
*TERMINATED: 06/15/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Connolly**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3174
Fax: 617-748-3960
Email: William.Connolly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

The alleged incident took place (3·29·04)

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2004 | 1 | SEALED INDICTMENT as to Ernest Edwards (1) count(s) 1. (Gawlik, Cathy) (Entered: 12/17/2004) |
| 12/16/2004 | 2 | MOTION to Seal as to Ernest Edwards by USA. (Gawlik, Cathy) (Entered: 12/17/2004) |
| 12/17/2004 |  | Judge Robert B. Collings : ORDER entered granting 2 Motion to Seal as to Ernest Edwards (1) (Gawlik, Cathy) (Entered: 12/17/2004) |
| 12/17/2004 | 3 | Judge Nathaniel M. Gorton : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Ernest Edwards (Gawlik, Cathy) (Entered: 12/17/2004) |
| 01/25/2006 | 4 | STATUS REPORT by USA as to Ernest Edwards (Sonnenberg, Elizabeth) (Entered: 01/25/2006) |
| 08/15/2006 | 5 | MOTION for Arrest Warrant and MOTION to Seal as to Ernest Edwardsby USA. (Sonnenberg, Elizabeth) (Entered: 08/15/2006) |
| 08/15/2006 |  | Judge Marianne B. Bowler : ORDER entered granting 5 Motion for Warrant as to Ernest Edwards (1); granting 5 Motion to Seal as to Ernest Edwards (1) (Sonnenberg, Elizabeth) (Entered: 08/15/2006) |
| 08/15/2006 | 6 | Arrest Warrant Issued by Marianne B. Bowler as to Ernest Edwards. (Sonnenberg, Elizabeth) (Entered: 08/15/2006) |
| 08/23/2006 | 7 | MOTION to Unseal Case as to Ernest Edwards by USA. (Duffy, Marc) (Entered: 08/23/2006) |
| 08/23/2006 |  | Judge Marianne B. Bowler: Endorsed ORDER entered granting 7 Motion to Unseal. (Duffy, Marc) (Entered: 08/23/2006) |
| 08/23/2006 | 8 | SEALED MOTION as to Ernest Edwardsby USA. (Sonnenberg, Elizabeth) (Entered: 08/24/2006) |
| 08/23/2006 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 8 Sealed Motion as to Ernest Edwards (1) (Sonnenberg, Elizabeth) (Entered: 08/24/2006) |
| 08/23/2006 |  | Notice of correction to docket made by Court staff. Correction: Docket No. 8 corrected because: This was a duplicated Motion that was submitted through the Clerk's Office on 8/23/06. Please disregard Docket No. 8 and Judge Streans' Order. Please see Docket No. 5 and Judge Bowler's Order as to Ernest Edwards. (Sonnenberg, Elizabeth) (Entered: 08/24/2006) |
| 01/16/2007 | 9 | Writ of Habeas Corpus issued as to Ernest Edwards for 1/24/2007 at 10:00 AM. (Duffy, Marc) (Entered: 01/16/2007) |
| 01/24/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Marianne B. Bowler: Initial Appearance as to Ernest Edwards held on 1/24/2007. |

| | | |
|---|---|---|
| | | AUSA Hasib for the Govt. and FPD Fried for the Deft. Further Status Conference set for 7/11/2007 at 11:00 AM. The Govt. will file an assented to motion to exclude the time from this day until 7/11/2007. (Duffy, Marc) (Entered: 06/06/2007) |
| 06/06/2007 | | Attorney update in case as to Ernest Edwards. Attorney Jeffrey Auerhahn terminated. (Sonnenberg, Elizabeth) (Entered: 06/12/2007) |
| 06/15/2007 | 17 | NOTICE of Withdrawal of Appearance as to Ernest Edwards (Hamilton, Patrick) (Entered: 06/15/2007) |
| 06/15/2007 | | Attorney update in case as to Ernest Edwards. Attorney Patrick M. Hamilton terminated. (Sonnenberg, Elizabeth) (Entered: 06/15/2007) |
| 07/11/2007 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to Ernest Edwards held on 7/11/2007. AUSA Connolly for the Govt. and FPD Fried for the Deft. Final Status Conference set for 9/13/2007 at 2:30 PM. The Govt. will file an assented to motion to exclude the time from this day until 9/13/2007. (Duffy, Marc) (Entered: 07/11/2007) |
| 09/13/2007 | 18 | Assented to MOTION to Continue *Final Status Conference* as to Ernest Edwards. (Fried, Syrie) (Entered: 09/13/2007) |
| 09/13/2007 | 19 | Assented to MOTION to Continue *Final Status Conference* as to Ernest Edwards. (Fried, Syrie) (Entered: 09/13/2007) |
| 09/13/2007 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 18 Motion to Continue as to Ernest Edwards(1) and granting 19 Motion to Continue as to Ernest Edwards(1). (Bowler, Marianne) (Entered: 09/13/2007) |
| 09/13/2007 | | NOTICE OF RESCHEDULING as to Ernest Edwards: The status conference previously set for 9/13/2007 is rescheduled to 11/2/2007 at 2:30 PM. (Duffy, Marc) (Entered: 09/13/2007) |
| 09/14/2007 | | Notice of correction to docket made by Court staff. Correction: Docket No. 19 corrected because: The motion was incorrectly duplicated. The clerk has terminated the motion and notified Attorney Fried. as to Ernest Edwards (Sonnenberg, Elizabeth) (Entered: 09/14/2007) |
| 11/02/2007 | | Electronic Clerk Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to Ernest Edwards held on 11/2/2007. AUSA Richardson for the Govt. and FPD Fried for the Deft. Further Status Conference set for 12/20/2007 at 2:30 PM. The GOvt. will file an assented to motion to exclude the time from this day until 12/20/2007. (Duffy, Marc) (Entered: 11/02/2007) |
| 12/20/2007 | | Electronic Clerk Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Status Conference as to Ernest Edwards held on 12/20/2007. AUSA Connolly for the Govt. and FPD Fried for the Deft. Further Status Conference set for 1/14/2008 at 2:30 PM. The Govt. will file an assented to motion to exclude the time from this day until 1/14/2008. (Duffy, Marc) (Entered: 12/20/2007) |