UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )      CRIM. NO. 04-10380-NMG
                              )
ERNEST EDWARDS                )


ASSENTED-TO MOTION FOR A
PRE-PLEA PRESENTENCE INVESTIGATION

The defendant Ernest Edwards respectfully moves this Court for an order directing the U.S. Probation Department to prepare a presentence investigation report on the question of criminal history only.  Such a report will aid the parties in determining whether this case should be disposed of through a guilty plea or whether a trial will be necessary.  The government has no objection to this motion.

As grounds for this motion, undersigned counsel states that she has made unsuccessful efforts to determine the correct extent of the defendant's criminal history for purposes of doing an accurate guidelines calculation.  Counsel for both sides believe that the expertise of the U.S. Probation Department would be immensely valuable in determining the facts of this critical issue.

Wherefore, for the above-stated reason the defendant respectfully requests that this motion for a pre-plea presentence report on the subject of criminal history only be allowed.

-1-

Respectfully submitted,

By His Attorney,

/s/ Syrie D. Fried
Syrie D. Fried
  B.B.O. #555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
(617) 223-8061

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed electronically via this court's electronic case-filing system ("ECF"), and will be served electronically upon the parties identified in the Notice of Electronic Filing ("NEF") this 19th day of February, 2008.

/s/ Syrie D. Fried

-2-