# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10380-NMG

### UNITED STATES OF AMERICA

### v.

### ERNEST EDWARDS

## FINAL STATUS REPORT

FEBRUARY 12, 2008

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1.  The Indictment in the above-entitled case, which charges the defendant with the unlawful transport of firearms, was returned on December 16, 2004;

    2.  The defendant was arraigned on the Indictment on January 24, 2007;

    3.  The defendant is in state custody;

    4.  At the time of arraignment, the government estimated it would call eight witnesses and that a trial would last approximately one week;

    5.  Defense counsel has stated that the case will likely be resolved by way of a plea;

6.  The government will file an assented to motion to exclude the time from this day until the first appearance before the district judge;

7.  This case is hereby returned to the district judge to whom the case is assigned.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE