UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
      v.                        )
                                )
ERNEST EDWARDS                  )    No. 04-10380-NMG
                                )
                                )
                                )

                  **JOINT MOTION TO EXCLUDE TIME**

   The parties previously agreed, in open court or through filed motions to continue, to exclude the following periods of time from the time within which this case must otherwise be tried:

| | |
|---|---|
| 1/24/07 - 2/21/07 | 28-day automatic discovery period |
| 3/14/07 - 4/25/07 | agreed to in open court to permit parties time to review discovery and contemplate filing of motions |
| 6/6/07  - 7/11/07 | agreed to in open court to permit parties time to review discovery and contemplate filing of motions |
| 7/11/07 - 9/13/07 | agreed to in open court to permit parties time to investigate defendant's criminal history |
| 9/13/07 - 11/02/07 | assented to motion to continue Final Status Conference |
| 11/2/07 - 12/20/07 | agreed to in open court to permit parties time to further investigate defendant's criminal history |
| 12/20/07 - 1/14/08 | agreed to in open court to permit parties time to further investigate defendant's criminal history |

| | |
|---|---|
| 1/14/08 - 2/11/08 | agreed to in open court to permit parties time to further investigate defendant's criminal history |
| 2/19/08 - present | filing of motion for pre-plea PSR; under advisement |

Herein, the parties move that this Court find that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested periods in computing the time within which trial must commence.

United States
by:

/s/William H. Connolly
Assistant U.S. Attorney

Ernest Edwards
by his counsel:

/s/ Syrie Fried (WHC)


March 3, 2008