UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
      v.                      )      CRIM. NO. 04-10380-NMG
                              )
ERNEST EDWARDS                )


ASSENTED-TO MOTION TO EXCLUDE DELAY
UNDER THE SPEEDY TRIAL ACT

Counsel for the defendant Ernest Edwards respectfully moves this Court for an order of excludable delay pursuant to 18 U.S.C. §3161. As grounds for this motion, undersigned counsel states that at the defendant's request, the court ordered the U.S. Probation Department to prepare a pre-plea presentence report on March 31, 2008. The motion was filed on February 19, 2008. This report has not yet been finished. This matter is set for a status conference on July 16, 2008, by which time the pre-plea presentence report should be done. Judge Marianne Bowler had previously entered an order of excludable delay through March 4, 2008.

By this motion, the defendant seeks to exclude the period between March 4, 2008 and July 16, 2008, the date of the next hearing, as delay that is excludable pursuant to 18 U.S.C. §3161(h)(1)(F) the Speedy Trial Act,.

Wherefore, for the above-stated reasons the defendant respectfully requests that the period between March 4, 2008 and July 16, 2008 be excluded from the running of the speedy trial

-1-

period.

                                    Respectfully submitted,

                                    By His Attorney,

                                    /s/ Syrie D. Fried
                                    Syrie D. Fried
                                      B.B.O. #555815
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA 02110
                                    (617) 223-8061


                          CERTIFICATE OF SERVICE


     I hereby certify that the foregoing motion was filed
electronically via this court's electronic case-filing system
("ECF"), and will be served electronically upon the parties
identified in the Notice of Electronic Filing ("NEF") this 20th
day of June, 2008.

                                    /s/ Syrie D. Fried