```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIM. NO. 04-10380-NMG
                              )
ERNEST EDWARDS                )
```

### ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Counsel for the defendant Ernest Edwards respectfully moves this Court for a brief continuance of the upcoming status conference in the above-captioned case. The conference is scheduled for July 16, 2008. Counsel requests a one-week continuance of the conference. As grounds for this motion, counsel states that one purpose of the conference was to report to the court on counsel's and the defendant's review of the pre-plea presentence report. At the time the conference was scheduled for July 16, the parties anticipated that the report would be completed by the end of June and that counsel would have been able to meet with the defendant in the intervening period after receiving the report. However, the report was not finished until yesterday, July 14, and counel was not able to look at it until today's date because she was away from the office on July 14.

In sum, counsel needs an extra week to review the report herself and to discuss its import with the defendant, who has not yet seen it. Counsel is therefore asking for a brief continuance

-1-

of the status hearing.  Counsel has conferred with Assistant U.S. Attorney William Connolly regarding this motion for a continuance and represents that he has no objection to the granting of this motion.

Wherefore, for the above-stated reasons counsel for the defendant respectfully requests that this motion to continue the status conference in this case be granted.

>Respectfully submitted,
>
>By His Attorney,
>
>/s/ Syrie D. Fried
>Syrie D. Fried
>  B.B.O. #555815
>Federal Defender Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA 02110
>(617) 223-8061

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion was filed electronically via this court's electronic case-filing system ("ECF"), and will be served electronically upon the parties identified in the Notice of Electronic Filing ("NEF") this 15th day of July, 2008.

>/s/ Syrie D. Fried